**Electronically Filed**
**Supreme Court**
**SCWC-13-0000015**
**01-NOV-2016**
**01:45 PM**

SCWC-13-0000015

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KAUAʻI POLICE COMMISSION, by its COMMISSIONERS CHARLES C.C. IONA, CHAIR, MARY K. HERTOG, VICE CHAIR, SAVITA AGARWAL, GERALD BAHOUTH, KEVIN T. MINCE, CATHERINE ADAMS, DONALD K. OKAMI, SR.,[14] in their official capacities, Respondents/Plaintiffs-Appellants,

v.

BERNARD P. CARVALHO, JR., in his official capacity as the Mayor of the County of Kauaʻi, Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000015; CAAP-12-0001123; CIVIL NO. 12-1-0229)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee Bernard P. Carvalho,

Jr.'s Application for Writ of Certiorari, filed September 23,

2016, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 1, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



---

[14] Pursuant to Hawaiʻi Rules of Appellate Procedure Rule 43(c)(1), the current Chair, Vice Chair, and the Commissioners of the Police Commission have been substituted as parties.